THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH CLARK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 20-5878 |
| PROGRESSIVE ADVANCED INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | | |

CIVIL JUDGMENT

AND NOW, this 23rd day of November, 2021, it appearing that an Arbitration Award was entered on October 21, 2021, and that 30 days have elapsed from the entry of the award without any party demanding a trial de novo, it is hereby

ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of plaintiff, Joseph Clark, and against defendant, Progressive Advanced Insurance Company, in the amount of $100,000. (One Hundred Thousand Dollars). Parties agree to mold award to reflect the third-party tortfeasor credit.

BY THE COURT:

_____
BERLE M. SCHILLER
United States District Judge